GLADYS LAZZIO, ADMINISTRATRIX AD PROSQUENDUM, ETC., RESPONDENT, v. PRIMO SILK COMPANY, INCORPORATED, APPELLANT.

Submitted May 31, 1935—Decided October 9, 1935.

For the respondent, *Isadore Rabinowitz.*

For the appellant, *Cox & Walburg.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, LLOYD, CASE, BODINE, DONGES, VAN BUSKIRK, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 13.

*For reversal*—None.